**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

UNITED STATES OF AMERICA,

v.                                                             Case No. 5:14-cr-34-TJC-PRL

JENIFER E. HOFFMAN
JOHN C. BOSCHERT
BRYAN T. ZUZGA

## O R D E R

This case is before the Court upon an inquiry from the Clerk's Office regarding the defendants' restitution obligations. In 2015, Judge Hodges sentenced these defendants. Each of their judgments includes the payment of significant restitution. See Judgments, Docs. 104, 133, 141. However, although some of the documents in the file suggest there is substantial overlap in some of the victims' loss amounts, the judgments do not state whether the restitution or any portion thereof is intended to be joint and several among any of the defendants.[1] The Clerk has received partial payments from each defendant but cannot distribute the funds until it receives clarification from the Court regarding the terms of restitution. Accordingly, it is hereby

---

[1] This case was reassigned to the undersigned for post-conviction proceedings in 2019. Judge Hodges, the sentencing judge, has since passed away.

**ORDERED**:

1. No later than **March 10, 2022**, the government shall file a notice explaining whether it intended for any portion of each defendant's restitution obligation to be joint and several with any other defendant. To the extent there is any joint and several obligation, the government shall attach a legible spreadsheet explaining which victims are to receive which amount and from whom. That attachment may be filed under seal without further order. The notice and attachments shall be provided to defendants, or their lawyers if any of them have counsel.

2. No later than **April 1, 2022**, to the extent any of the defendants disagree with the government's proposed resolution, they are permitted to file responses to the government's notice. The Court will thereafter determine how to proceed.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of February, 2022.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Roger B. Handberg, III, U.S. Attorney
U.S. Attorney's Office, Financial Litigation Unit
Counsel of record
Parker Anderson, U.S. Probation Office
Defendants